In the Matter of the Petition of the UNION FERRY COMPANY OF NEW YORK & BROOKLYN, as Owner of the Ferryboat COLUMBIA, for Limitation of Liability.

Circuit Court of Appeals, Second Circuit. March 5, 1928.

No. 190.

Appeal from the District Court of the United States for the Eastern District of New York.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellant.

William F. Purdy, of New York City, for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree (25 F.[2d] 516) affirmed, with costs.